AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cr-750 |
| Tom Alexander William Hayes and Roger Darin | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                              .

Date:    12/14/2017                                                              /s/ Vasanth Sridharan
                                                                                                    *Attorney's signature*

                                                                                    Vasanth Sridharan (CA# 288827)
                                                                                        *Printed name and bar number*

                                                                                              1400 New York Ave NW
                                                                                              Washington DC 20005
                                                                                                          *Address*

                                                                                          vasanth.sridharan@usdoj.gov
                                                                                                    *E-mail address*

                                                                                                  (202) 616-8479
                                                                                                *Telephone number*

                                                                                                  (202) 514-0152
                                                                                                    *FAX number*